AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | |
|---|---|
| United States of America<br>v.<br><br>JAMES CARROLL<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 3:18-MJ-567<br>)<br>)<br>)<br>) |

FILED
VANESSA L. ARMSTRONG, CLERK
OCT - 4 2018
U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 3, 2018__ in the county of __Jefferson__ in the
__Western__ District of __Kentucky__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a firearm by a prohibited person |

This criminal complaint is based on these facts:
See the attached Affidavit of ATF SA Alex Sanchez.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

ATF SA Alex Sanchez
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/04/2018

_____
*Judge's signature*

City and state: Louisville, Kentucky       Regina S. Edwards, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Alexander Sanchez, being duly sworn, depose and state as follows:

1. Your Affiant has been employed by the Bureau of Alcohol, Tobacco, Firearms, & Explosives (ATF) as a Special Agent (SA) since March of 2016. Affiant is currently assigned to the Louisville Field Division (LFD). In connection with my official ATF duties I investigate criminal violations of state and federal firearms and narcotics laws including, but not limited to, violations of Title 18, United States Code, Sections 922 and 924, and Title 21, United States Code, Section 841. Affiant has received specialized training in the enforcement of laws concerning firearm related offenses as found in Title 18 of the United States Code. Affiant also has been involved in various types of electronic surveillance, and in the debriefing of defendants, witnesses and informants, as well as others who have knowledge of firearms related offenses. The following information has been obtained through personal observation and knowledge or was told to this Affiant by other law enforcement agents. This affidavit does not contain every fact known to me, but states only those facts necessary to establish probable cause for an arrest warrant for a violation of Title 18 U.S.C. § 922(g).

2. On October 4, 2018, ATF received information that James CARROLL, Hope Green, and Richard Roberts were attempting to remove stolen firearms from 13304 Ashlawn Dr. Louisville, KY. Louisville Metro Police Department (LMPD) Detective Johnathan Herring set up surveillance on the residence and observed an individual later identified as James Carroll open the rear storage compartment of a motorcycle parked in the driveway. ATF and LMPD promptly made contact with the owner of the residence, Greg Whitaker, who consented to a search of his property.

3. During the search of the residence, James CARROLL was located and identified by Detective Herring as the individual who accessed the rear storage compartment of the motorcycle. CARROLL and Whitaker gave ATF SA Matthew Johnson and Detective Herring consent to look inside the storage compartments of the motorcycle. Inside the rear storage compartment of the motorcycle, SA Johnson and SA Sanchez located a Colt Single Action Frontier Scout .22 caliber revolver bearing serial number 162642F.

4. CARROLL is a previously convicted felon pursuant to Jefferson County Kentucky Circuit Court case 14-CR-001490 in which CARROLL was convicted of Flagrant Non Support, a crime punishable by more than one year in prison.

5. On October 4, 2018, Senior Special Bradley Leveritt, an Interstate Nexus Examiner, examined the firearm listed in paragraph 3. The examination included the firearms markings, including serial number, manufacturer, model and caliber. Based upon the physical examination of the firearm, in conjunction with the research, knowledge and experience of Senior Special Agent Leveritt, it is his opinion that the firearm listed in paragraph 3 was manufactured by the Colt Firearms Manufacturing Company, located in Connecticut.

a. The evidence as outlined above establishes probable cause to believe the following criminal act was completed on or about October 3, 2018, in Jefferson County, Kentucky, James CARROLL possessed a firearm which had been shipped or transported in interstate or foreign commerce, after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. § 922(g)(1).

(The remainder of this page intentionally left blank)

October 4, 2018
Date

Alexander H Sanchez, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and subscribed in my presence on this 4th day of October, 2018.

Regina S. Edwards
United States Magistrate Judge

**ENTERED**
VANESSA L. ARMSTRONG, CLERK

OCT - 4 2018

U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

3