

## Case Assignment
## Standard Magistrate Assignment

Case number **3:18MJ-567**

Note: Judge determined by charging documentation.

Assigned on 10/4/2018 12:01:41 PM
Transaction ID: 15080

[Return]