USDC KYWD  - Minute Order (Rev. 11/11)

# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                                                **CRIMINAL ACTION NUMBER: 3:18-MJ-567-RSE**

**JAMES CARROLL**                                                                               **DEFENDANT**

### ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge, and was called in open Court on October 4, 2018, to conduct an initial appearance.

APPEARANCES

| | |
|---|---|
| For the United States: | Thomas W. Dyke, Assistant United States Attorney |
| Defendants: | James Carroll - Present and in custody |
| Court Reporter: | Digitally Recorded Proceedings |

At the initial appearance the defendant acknowledged his identity, was furnished with a copy of the Complaint, was advised of the nature of the charge contained therein, and was advised of his rights. The Court questioned the defendant under oath regarding his ability to afford counsel and found him eligible for appointed counsel.  The Court appointed CJA counsel to represent the defendant.

The United States having moved for the detention of the defendant,

**IT IS HEREBY ORDERED** that this case is scheduled for a preliminary and detention hearing on **Friday, October 4, 2018 at 3:00 p.m.** before the Honorable Regina S. Edwards, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant be **remanded** to the custody of the U.S. Marshal pending further order of the Court.

This 4th day of October, 2018.

**ENTERED BY ORDER OF THE COURT:**
**REGINA S. EDWARDS**
**UNITED STATES MAGISTRATE JUDGE**
**VANESSA L. ARMSTRONG, CLERK**
**BY:** *Kim Davis* **- Deputy Clerk**

Copies: U.S. Attorney
             Counsel for Defendant

0|10