USDC KYWD - Minute Order (Rev. 11/11)

# United States District Court
## Western District of Kentucky
## at Louisville

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

**VS.**                                             **CRIMINAL ACTION NUMBER: 3:18MJ-567-RSE**

**JAMES CARROLL**                                                                      **DEFENDANT**

## ORDER ON PRELIMINARY AND DETENTION HEARING

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge, and was called in open Court on October 5, 2018,  to conduct a preliminary and detention hearing.

APPEARANCES

| | |
|---|---|
| For the United States: | Thomas W. Dyke, Assistant United States Attorney |
| For the defendant: | Defendant, James Carroll - Present and in custody Aubrey Williams  - CJA Appointed Counsel - Present |
| Court Reporter: | Digitally Recorded |

At the request of defense counsel and by agreement of the United States;

**IT IS ORDERED** that the preliminary and detention hearings in this matter are **CONTINUED** to **Tuesday, October 9, 2018 at 2:30 p.m.** before the Honorable Regina S. Edwards, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant be **remanded** to the custody of the United States Marshal pending further order of the Court.

This 9th day of October, 2018          **ENTERED BY ORDER OF THE COURT:**
**REGINA S. EDWARDS**
**UNITED STATES MAGISTRATE JUDGE**
**VANESSA L. ARMSTRONG, CLERK**
**BY: /s/** *Kim Davis* **- Deputy Clerk**

Copies: U.S. Attorney
         Counsel for Defendant

0|05