# United States District Court
# Western District of Kentucky
# at Louisville

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| VS. | CRIMINAL ACTION NUMBER: 3:18-MJ-567-RSE |
| **JAMES CARROLL** | **DEFENDANT** |

## ORDER

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge, and was called in open Court on October 9, 2018, to conduct a preliminary and detention hearing.

### APPEARANCES

| | |
|---|---|
| For the United States: | Thomas W. Dyke, Assistant United States Attorney |
| For the defendant: | Defendant James Carroll - Present and in custody |
| | Aubrey Williams, CJA Appointed Counsel - Present |
| Court Reporter: | Digitally Recorded |

The Court heard sworn witness testimony and arguments from counsel and for the reasons fully stated on the record, the Court found probable cause. Accordingly,

**IT IS HEREBY ORDERED** that should the Grand Jury return a true bill, this case is scheduled for arraignment proceedings on **October 25, 2018 at 9:30 a.m.** before the Honorable Regina S. Edwards, United States Magistrate Judge.

The defendant having waived his right to a detention hearing in open Court and having executed the appropriate form to that effect,

**IT IS FURTHER ORDERED** that the defendant be remanded to the custody of the United States Marshal pending further order of the Court.

This 10th day of October, 2018        ENTERED BY ORDER OF THE COURT:
　　　　　　　　　　　　　　　　　　REGINA S. EDWARDS
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　　VANESSA L. ARMSTRONG, CLERK
　　　　　　　　　　　　　　　　　　BY: s/ *Kim Davis* - Deputy Clerk

Copies: U.S. Attorney
　　　　Counsel for Defendant

|25