**FILED**
VANESSA L. ARMSTRONG, CLERK

OCT - 9 2018

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

UNITED STATES OF AMERICA                                     PLAINTIFF

VS.                                      NO. 3:18-MJ-567

James Carroll                                                DEFENDANT

## WAIVER OF DETENTION HEARING

I acknowledge that the Magistrate Judge has informed me of my right to a detention hearing, pursuant to the provisions of Title 18, United States Code, Section 3142, and that I understand that right.

✓  I HEREBY WAIVE my right to a detention hearing.

✓  I HEREBY WAIVE my right to a detention hearing in this district, and reserve the right to move for a detention hearing in the district where the charges originate.

✓  I HEREBY WAIVE my right to a detention hearing at this time, and reserve the right to move for a detention hearing at a later date.

_____
DEFENDANT                                    Date

_____
COUNSEL FOR DEFENDANT or Deputy Clerk