

## Case Assignment
## Standard Criminal Assignment

Case number **3:18CR-171-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415


Designated Magistrate Judge : Magistrate Judge Colin H. Lindsay
Magistrate Judge Code : 44AS

Assigned on 10/17/2018 2:39:13 PM
Transaction ID: 15199

Request New Judge    Return