

**FILED**
VANESSA L. ARMSTRONG, CLERK

OCT 17 2018

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

vs.     3:18-CR-171-DJH

JAMES CARROLL     DEFENDANT

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Thomas W. Dyke hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

Thomas W. Dyke
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 625-7042
FAX: (502) 582-5912