UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA												Plaintiff

v.									Criminal Action No. 3:18-CR-171-DJH

JAMES CARROLL												Defendant

**MOTION TO REASSIGN TRIAL DATE**

Comes the Defendant, by counsel, and moves this Honorable Court to reassign the trial date in the above-styled case, and states in support hereof as follows:

1. The Court set the trial for December 17, 2018 at 9:30 a.m.

2. Counsel undersigned is scheduled for a jury trial in the case of Tammy Wilson v. KentuckyOne Health, Inc., Case No. 13-CI-06720, Jefferson Circuit Court, Division 8 on December 10, 2018.

3. Counsel is scheduled for a jury trial in the case of Commonwealth of Kentucky v. Melvin Patrick Carr, Case No. 17 CR-3596, Jefferson Circuit Court, Division 7 on January 22, 2019.

4. Counsel is scheduled for a jury trial in the case of Commonwealth of Kentucky v. Kemari Averett, Case No. 18-F-017907, Jefferson District Court, Division 301 on February 27, 2019.

5. In addition to this trial schedule, counsel, a solo practitioner, has other pressing matters, e.g., depositions, hearings and the like that have to be handled.

6.      Furthermore, this case presents pretrial issues that have to be addressed, e.g. Fourth Amendment and discovery matters for a certainty.

/7.     For the foregoing reasons and more, it is humanly impossible to provide the effective assistance of counsel demanded by the United States Constitution.

8.      Counsel attempted to contact Tom Dyke, the AUSA in charge of this case, to see if he had any objections but was unsuccessful. However, given his experience with Mr. Dyke, it is doubtful that he would oppose the motion.

WHEREFORE, for the foregoing reasons and in the interest of justice the Defendant prays entry of the attached order.

Respectfully Submitted,

 / s / Aubrey  Williams
AUBREY WILLIAMS
One Riverfront Plaza Suite 1708
401 West Main Street
Louisville, KY  40202
(502) 581-1088
FAX: 581-0478
E: aubreyw8243@bellsouth.net
***Counsel for Defendant***

## CERTIFICATE OF SERVICE

It is hereby certified that this document was filed with the Clerk via the Court's CM/ECF filing system on this 6th day of November, 2018, which will send electronic notification of such filing to the Assistant United States Attorney listed below on even date:

Hon. Thomas W. Dyke
717 West Broadway
Louisville, KY  40202
*Counsel for Plaintiff, USA*

   / s / Aubrey Williams