UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                      Plaintiff

v.                                                    Criminal Action No. 3:18-CR-171-DJH

JAMES CARROLL                                                                 Defendant

_____

**ORDER**
_____

Motion having been made and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that the trial of the above-styled case is hereby reassigned to the _____ day of _____, 2019 at _____'

It is understood that the period of delay resulting from this continuance is excluded in computing the time under the Speedy Trial Act pursuant to 18 U.S.C. Sections 316(h)(7)(A) and (B)(ii) and (iv).  Counsel for the Defendant states that the ends of justice would best be served by taking this action and will outweigh the best interest of the public and the Defendant in a speedy trial because of the reason set forth above.