UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                               PLAINTIFF

vs.                                            CRIMINAL ACTION NO. 3:18-CR-171-DJH

JAMES CARROLL                                                    DEFENDANT

### RESPONSE TO MOTION TO REASSIGN TRIAL DATE
*(Filed Electronically)*

      Comes the United States, by counsel, Thomas W. Dyke, Assistant United States Attorney, and states that it has no objection to the defendant's Motion to Reassign Trial Date in the above-styled action.

                                             Respectfully Submitted,

                                             RUSSELL M. COLEMAN
                                             UNITED STATES ATTORNEY

                                             s/Thomas W. Dyke
                                             Assistant United States Attorney
                                             717 West Broadway
                                             Louisville, Kentucky 40202
                                             (502) 582-5911

### CERTIFICATE OF SERVICE

      On November 7, 2018, I electronically filed this document through the ECF system, which will send a notice of electronic filing to all Counsel of record.

                                             S/Thomas W. Dyke
                                             Assistant United States Attorney