UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|                           PLAINTIFF | ) | |
| | ) | |
| vs. | ) | CRIMINAL ACTION NO. 3:18-CR-171-DJH |
| | ) | |
| JAMES CARROLL | ) | |
|                          DEFENDANT | ) | |
| | ) | |

**ORDER**

\* \* \* \* \* \* \* \* \* \* \* \* \*

Motion having been made and the court being otherwise sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that the Defendant's Motion for Discovery and Inspection is GRANTED and the United States shall, by not later than the close of business on the _____ day of _____, 2019, furnish counsel for Defendant, or produce or permit him to inspect, copy, and/or photograph the following:

1. The substance of any oral incriminating statement known by the United States to have been made by Defendant to any witness;

2. Any and all written or recorded statements or confessions made by Defendant, or copies thereof, that are known by the United States to be in its possession or in the possession, custody, or control of any of its agents;

3. Any and all results or reports of physical or mental examinations, and of scientific tests or experiments made in connection with this case, or copies thereof, that are known by the United States to be in the possession, custody, or control of the United States;

4. Any and all books, papers, documents, photographs, tangible objects, buildings, or places, or copies or portions thereof, that are within the possession, custody or control of the United States and that are material to the preparation of Defendant's case or are intended to be used by the United States as evidence in chief in this trial, or were obtained from or belong to the Defendant, including, but not limited to, official police reports, but not memoranda, or other documents made by police officers or agents for the United States in connection with the investigation or

      prosecution of this case, or of statements made to them by witnesses or prospective witnesses, including co-defendants;

5. Any and all copies of Defendant's prior criminal record within the possession or control of the United States or its agents, the existence of which is known, or by the exercise of due diligence may become known, to the United States;

6. A written summary of expert testimony that the United States intends to use during its case in chief;

7. Any and all copies of any dispatch logs or other communication, including radio, telephone, and/or electronic transmissions concerning the offense(s) alleged in the Indictment, including, but not limited to observations of the Defendant and surrounding circumstances;

8. Any and all statements of any witness, whether recorded or written, which relates to the subject matter of the witness's testimony, and (i) which has been signed or initialed by the witness, or (ii) is or purports to be a substantially verbatim statement by the witness; and

9. Please produce for copying and/or inspection any video tape and/or audio recording of any surveillance conducted by law enforcement officials involved in this matter.