UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| PLAINTIFF ) | | |
| ) | | |
| vs. ) | CRIMINAL ACTION NO. 3:18-CR-171-DJH | |
| ) | | |
| JAMES CARROLL ) | | |
| DEFENDANT ) | | |
| ) | | |

## MOTION FOR BILL OF PARTICULARS

\* \* \* \* \* \* \* \* \* \* \* \* \*

Comes the Defendant, by counsel, pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure and moves this honorable court to order the government to provide the following particulars:

1. The exact location, including the street address, where the alleged crime charged in the indictment took place;

2. The exact time and date of the alleged criminal act charged in the indictment;

3. The precise manner in which the crime(s) charged is alleged to have been committed;

4. The names and addresses of any person(s) who actively participated in the matters of which defendant stands accused and who furnished information to law enforcement officers;

5. The names and addresses of any person(s) who participated in, saw, or who are otherwise qualified to testify in court about the commission of the charge in the indictment; and

6. The names and addresses of and statements, both written and oral, made by witnesses and/or the Defendant upon which the indictment was founded.

**WHEREFORE**, for the foregoing reasons and in the interest of justice, the Defendant respectfully prays the court to enter the order directing the United States' Attorney to furnish the above information.

Respectfully submitted,

/s/      Aubrey Williams
AUBREY WILLIAMS
One Riverfront Plaza, Suite 1708
401 West Main Street
Louisville, KY 40202
Tel:  (502) 581-1088
Fax:  (502) 581-0595
***COUNSEL FOR DEFENDANT***

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed with the Clerk via the court's CM/ECF system and that a notice was sent to Thomas W. Dyke, Attorney for Plaintiff via the court's electronic filing system on this 22nd day of February, 2019.

/s/ Aubrey Williams         .
AUBREY WILLIAMS