UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|                                       PLAINTIFF ) | |
| ) | |
| vs. ) | CRIMINAL ACTION NO. 3:18-CR-171-DJH |
| ) | |
| JAMES CARROLL ) | |
|                                       DEFENDANT ) | |
| ) | |

**ORDER**

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

Motion having been made and the court being otherwise sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that the Defendant's Motion for Bill of Particulars is GRANTED and the United States shall, by not later than the close of business on the _____ day of _____, 2019, setting forth:

1. The exact location, including the street address, where the alleged crime charged in the indictment took place;

2. The exact time and date of the alleged criminal act charged in the indictment;

3. The precise manner in which the crime(s) charged is alleged to have been committed;

4. The names and addresses of any person(s) who actively participated in the matters of which defendant stands accused and who furnished information to law enforcement officers;

5. The names and addresses of any person(s) who participated in, saw, or who are otherwise qualified to testify in court about the commission of the charge in the indictment; and

6. The names and addresses of and statements, both written and oral, made by witnesses and/or the Defendant upon which the indictment was founded.