UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>PLAINTIFF )<br>)<br>vs. )<br>)<br>JAMES CARROLL )<br>DEFENDANT )<br>) | CRIMINAL ACTION NO. 3:18-CR-171-DJH |

**MOTION FOR PRODUCTION OF**
**EXCULPATORY AND IMPEACHMENT MATERIALS**

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

Comes the Defendant, by counsel, pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and *Giglio v. United States*, 405 U.S. 150 (1982), and moves this honorable court to order the United States Attorney to produce to counsel for Defendant all materials known by the United States to be in the possession, custody, or control of the United States or any of its agents which set forth, relate to, or refer in any way to, or which are:

1. Matters which tend in any way to be exculpatory of the Defendant; and

2. Matters which could raise doubt in the minds of the trier of fact as to the credibility of any witness for the United States or as to the truth of the testimony of any witness for the United States, including, but not limited to, offers of immunity from prosecution, prosecution for lesser offenses, or no prosecution made to any witness or prospective witness, or co-defendant, or to anyone close to any witness or prospective witness; stipends paid to or to be paid to any witness or prospective witness, or to anyone close to any such person; threats or other coercive means employed in order to obtain testimony or statements from any such person, or to anyone close to such prospective witness; and/or assistance of any kind rendered to any witness or prospective witness, or to anyone close to such person(s).

**WHEREFORE**, for the foregoing reasons and in the interest of justice, the Defendant respectfully prays the court to enter the order directing the United States' Attorney to furnish the above information.

Respectfully submitted,

/s/      Aubrey Williams
AUBREY WILLIAMS
One Riverfront Plaza, Suite 1708
401 West Main Street
Louisville, KY 40202
Tel: (502) 581-1088
Fax: (502) 581-0595
***COUNSEL FOR DEFENDANT***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed with the Clerk via the court's CM/ECF system and that a notice was sent to Thomas W. Dyke, Attorney for Plaintiff via the court's electronic filing system on this 22nd day of February, 2019.

/s/ Aubrey Williams        .
AUBREY WILLIAMS