UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| PLAINTIFF | ) | |
| | ) | |
| vs. | ) | CRIMINAL ACTION NO. 3:18-CR-171-DJH |
| | ) | |
| JAMES CARROLL | ) | |
| DEFENDANT | ) | |
| | ) | |

**ORDER**

\* \* \* \* \* \* \* \* \* \* \* \* \*

Motion having been made and the court being otherwise sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that the Defendant's Motion for Production of Exculpatory and Impeachment Materials is GRANTED and the United States shall, by not later than the close of business on the _____ day of _____, 2019, permit the Defendant to inspect, copy, and/or photograph the following:

1. Matters which tend in any way to be exculpatory of the Defendant; and

2. Matters which could raise doubt in the minds of the trier of fact as to the credibility of any witness for the United States or as to the truth of the testimony of any witness for the United States, including, but not limited to, offers of immunity from prosecution, prosecution for lesser offenses, or no prosecution made to any witness or prospective witness, or co-defendant, or to anyone close to any witness or prospective witness; stipends paid to or to be paid to any witness or prospective witness, or to anyone close to any such person; threats or other coercive means employed in order to obtain testimony or statements from any such person, or to anyone close to such prospective witness; and/or assistance of any kind rendered to any witness or prospective witness, or to anyone close to such person(s).