UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| PLAINTIFF | ) | |
| | ) | |
| vs. | ) | CRIMINAL ACTION NO. 3:18-CR-171-DJH |
| | ) | |
| JAMES CARROLL | ) | |
| DEFENDANT | ) | |
| | ) | |

**MOTION FOR GRAND JURY TRANSCRIPT**

\* \* \* \* \* \* \* \* \* \* \* \* \*

Comes Defendant, by counsel, and moves the court to order the United States to provide a copy of the grand jury transcript or the audio tape of same in this case. In support hereof, Defendant states that he needs the transcript to assist in the preparation of his defense, and therefore, makes this motion pursuant to the Sixth Amendment of the United States Constitution.

**WHEREFORE**, for the foregoing reasons and in the interest of justice, the Defendant prays the court to enter the order directing the United States to furnish the above information.

Respectfully submitted,

/s/ Aubrey Williams
AUBREY WILLIAMS
One Riverfront Plaza, Suite 1708
401 West Main Street
Louisville, KY 40202
Tel: (502) 581-1088
Fax: (502) 581-0595
***COUNSEL FOR DEFENDANT***

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed with the Clerk via the court's CM/ECF system and that a notice was sent to Thomas W. Dyke, Attorney for Plaintiff via the court's electronic filing system on this 22nd day of February, 2019.

/s/ Aubrey Williams          .
AUBREY WILLIAMS