UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| PLAINTIFF ) | |
| ) | |
| vs. ) | CRIMINAL ACTION NO. 3:18-CR-171-DJH |
| ) | |
| JAMES CARROLL ) | |
| DEFENDANT ) | |
| ) | |

**ORDER**

\* \* \* \* \* \* \* \* \* \* \* \* \*

Motion having been made and the court being otherwise sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that the Defendant's Motion for Grand Jury Transcript is GRANTED.