UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| PLAINTIFF ) | | |
| ) | | |
| vs. ) | CRIMINAL ACTION NO. 3:18-CR-171-DJH | |
| ) | | |
| JAMES CARROLL ) | | |
| DEFENDANT ) | | |
| ) | | |

**MOTION FOR NOTICE OF INTENT TO USE EVIDENCE**

\* \* \* \* \* \* \* \* \* \* \* \* \*

Comes the Defendant, by counsel, pursuant to Rule 12(b)(4) of the Federal Rules of Criminal Procedure, and moves this honorable court to order the United States to give notice in writing not less than twenty (20) days before the date set for the trial of this case, of its intent to use evidence of other crimes, wrongs, or acts of the Defendant, specifying in such notice the evidence that it intends to use.

**WHEREFORE**, for the foregoing reasons and in the interest of justice, the Defendant respectfully prays the court to enter the order directing the United States' Attorney to furnish the above information.

Respectfully submitted,

/s/      Aubrey Williams
AUBREY WILLIAMS
One Riverfront Plaza, Suite 1708
401 West Main Street
Louisville, KY 40202
Tel: (502) 581-1088
Fax: (502) 581-0595
***COUNSEL FOR DEFENDANT***

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was filed with the Clerk via the court's CM/ECF system and that a notice was sent to Thomas W. Dyke, Attorney for Plaintiff via the court's electronic filing system on this 22nd day of February, 2019.

                                               /s/ Aubrey Williams   .
                                               AUBREY WILLIAMS