UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                          PLAINTIFF )<br>                                )<br>vs.                                  )<br>                                )<br>JAMES CARROLL )<br>                         DEFENDANT ) | CRIMINAL ACTION NO. 3:18-MJ-567-RSE |

**ORDER**

Motion having been made and the court being otherwise sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that the Defendant's motion for notice of intent to use evidence is GRANTED, and the United States shall give notice in writing to counsel for Defendant, not less than twenty (20) days before the trial of this case, of its intent to use evidence of other crimes, wrongs or acts of the defendant, specifying the evidence intended to be used.