UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                                 Plaintiff

v.                                                                    Criminal Action No. 3:18-CR-171-DJH

JAMES CARROLL                                                                             Defendant

## MOTION TO HIRE INVESTIGATOR

Comes the Defendant, by counsel, and moves this Honorable Court to approve the hiring of an investigator in the above-styled case, and states in support hereof as follows:

1. This case is set for trial on March 25, 2019.

2. Counsel for the Defendant has been unsuccessful in obtaining certain material that he needs to prepare for the trial of this case, making it necessary to hire an investigator who possesses the skills to obtain the material and information that he needs.

3. Counsel has also been unsuccessful in locating certain witnesses whom he intends to call for the trial of the case. His investigator has the resources and expertise required to locate and hopefully obtain statements from those witnesses.

4. If successful in obtaining the above information, counsel intends to call his investigator as a witness as well as using him to assist in the preparation for the trial.

5. Counsel verily believes that without the assistance of the investigator, the Defendant would not receive a fair trial and the effective assistance of counsel to which he is entitled under the United States Constitution.

6. The investigator whom counsel has retained is Jack King, retired LMPD police officer and detective, owner of Commonwealth Investigative Agency, 1250 Bardstown Road, Louisville, KY 40204.  His social security number is xxx-xx-3845

7. Counsel anticipates the investigator's services will cost $1,500.00.

WHEREFORE, for the foregoing reasons and in the interest of justice the Defendant prays entry of the attached order.

Respectfully Submitted,

/ s / Aubrey  Williams
AUBREY WILLIAMS
One Riverfront Plaza Suite 1708
401 West Main Street
Louisville, KY  40202
(502) 581-1088
FAX: 581-0478
E: aubreyw8243@bellsouth.net
*Counsel for Defendant*

### CERTIFICATE OF SERVICE

It is hereby certified that this document was filed with the Clerk via the Court's CM/ECF filing system on this 6th day of November, 2018, which will send electronic notification of such filing to the Assistant United States Attorney listed below on even date:

Hon. Thomas W. Dyke
717 West Broadway
Louisville, KY  40202
*Counsel for Plaintiff, USA*

/ s / Aubrey Williams