UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                                 Plaintiff

v.                                                                 Criminal Action No. 3:18-CR-171-DJH

JAMES CARROLL                                                                              Defendant

---

**ORDER**

---

Motion having been made and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that the Defendant is authorized to retain the services of Jack King to perform investigative work in this case.