UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                           Plaintiff,

v.                                           Criminal Action No. 3:18-cr-171-DJH

JAMES CARROLL,                                                      Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on February 26, 2019, with the following counsel participating:

    For the United States:    Tom Dyke

    For the Defendant:    Aubrey Williams

The Court and counsel discussed the procedural posture of the case. The March 25, 2019 trial date and all pretrial deadlines shall remain in place (*See* Docket No. 21), other than as modified below. The United States reported that all discovery has been provided. Counsel for the Defendant stated that he intends to file a motion to hire a criminal investigator pursuant to the Criminal Justice Act. This matter will be referred to Magistrate Judge Regina S. Edwards for expedited resolution. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) Following the request of the parties, the deadline to file trial memoranda shall be extended to **March 5, 2019**. The deadline to file motions in limine shall be extended to **March 8, 2019**.

(2) Without objection, this matter is set for a pretrial conference on **March 21, 2019, at 10:30 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

2

  (3) With respect to the Defendant's pending motions (D.N. 24, D.N. 25, D.N. 26, D.N. 27), counsel are directed to confer regarding the discovery provided to the Defendant no later than **March 1, 2019**.  If a dispute remains, the United States shall file a response no later than **March 4, 2019**.

 February 26, 2019

                 **David J. Hale, Judge**
                 **United States District Court**

Court Time: 00/10
Court Reporter: Dena Legg