UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                             CRIMINAL ACTION NO. 3:18CR-171-DJH

JAMES CARROLL                                                                          DEFENDANT

**UNITED STATES' PROPOSED VOIR DIRE QUESTIONS**
*(Filed Electronically)*

Comes the United States of America, by counsel, Assistant United States Attorney Thomas W. Dyke, and submits the following proposed *voir dire* questions:

1. Are any of you acquainted, either professionally or socially, with:

    a. The defendant?
    b. The defense attorney?
    c. The case agent?
    d. The Assistant United States Attorney?

2. The events that you are going to hear about involve a business known as Biff's, a gun store located at 13303 Dixie Highway. Are any of you familiar with that business?

3. There will also be testimony about some events that took place in and around a residence at 13304 Ashlawn Drive, located in the Valley Village neighborhood in Jefferson County. Are any of you familiar with that house in particular, or the area around 13304 Ashlawn Drive?

4. This case was investigated by the Bureau of Alcohol, Tobacco, Firearms & Explosives and the Louisville Metro Police Department. Have any of you, or any member of your immediate family or a close friend or acquaintance had any contact one way or another with

any official of any of these agencies?

5. Have you, or has anyone close to you had an unpleasant experience with any federal, state, or local governmental agency that would cause you to be biased against the government?

6. Have you, or has anyone close to you had an unpleasant experience with law enforcement that would cause you to be biased against the government?

7. Have you, or has anyone close to you had an unpleasant experience in court or involving lawyers which would cause you to be biased against either of the parties?

8. Have you, or has anyone close to you ever been investigated, arrested or convicted of a non-traffic related violation of state or federal law?

9. Have you, or has anyone close to you ever testified in a criminal trial?

10. Have you, or has anyone close to you ever been involved in a civil suit or other dispute against any government agency, particularly the Bureau of Alcohol, Tobacco, Firearms & Explosives, or the Louisville Metro Police Department?

11. Have you, or has anyone close to you applied for employment with a federal agency such as the Bureau of Alcohol, Tobacco, Firearms & Explosives or the United States Attorney's Office?

12. Have you ever served on jury duty before?  If so, was the jury able to reach a verdict?

13. Have you, or has anyone close to you ever received any legal training, practiced law, or worked in an attorney's office?

14. Have you, or has anyone close to you, ever been the victim of a crime?  What

crime? When did it happen? Was the person prosecuted and convicted? Did you or your relative or friend appear as a witness?

15. Would any of you not believe the sworn testimony of a government or state law enforcement agent merely because he or she was a police officer or government employee?

16. Would any of you be more likely to believe the sworn testimony of a government or state law enforcement agent merely because he or she was a police officer or government employee?

17. The Indictment is not evidence, but it charges the defendant, James Carroll, with possession of a firearm be a person with a felony conviction. Given the nature of the charge, is there anyone who feels they could not be fair to the defendant and hold the United States to its burden of proving that the defendant committed the offenses as charged in the Indictment beyond a reasonable doubt?

18. Do any of you have strong feelings about firearms, either for or against private ownership and possession of firearms?

19. Federal law places certain restrictions on who can purchase and possess a firearm. Do any of you feel that the federal government doesn't have the right to decide who can and who can't possess a firearm?

20. If selected as a juror in this case, do you understand that any personal feelings you may have must be set aside if they conflict with the law as the Court will instruct you?

21. Do any of you feel that it is wrong for you to sit in judgment of another person? In other words, do you feel that you could not sit in judgment of these facts and vote to return a verdict of guilty regardless of the proof in the case?

22. Do you understand that in federal courts, punishment, if any, is imposed by the

Court and that your verdict must in no way be affected by your concern for what punishment, if any, would be proper?

23. Do you understand that the duty of the United States is to prove guilt to the exclusion of reasonable doubt, but that it is not required to prove guilt beyond all doubt?

24. Do you understand that a defendant on trial is entitled to a presumption of innocence, but as with all presumptions, it may be overcome by competent evidence?

25. Do you understand that the law makes no difference in direct and circumstantial evidence and the weight to be given to it?   Direct evidence is simply evidence like the testimony of an eyewitness which, if you believe it, directly proves a fact.   Circumstantial evidence is simply a chain of circumstances that indirectly proves a fact.

26. Do any of you have difficulty hearing, seeing or sitting for long periods of time?

27. Do any of you have events going on in your lives that would distract your attention from the testimony and evidence of this case?

28. Do any of you know one another?   If so, would you be influenced by the opinions or beliefs of the person you know?

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

*/s/ Thomas W. Dyke*
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 625-7042 (Phone)
(502) 582-5912 (Fax)

4

CERTIFICATE OF SERVICE

On March 5, 2019, I electronically filed this document through the ECF system, which will send a notice of electronic filing to: Hon. Aubrey Williams, Counsel of record for the defendant.

s/ Thomas W. Dyke<br>
Assistant United States Attorney