IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA   )
                       )
           PLAINTIFF   )
                       )
v.                       )     **Criminal Action No. 3: 18-CR-171-DJH**
                       )     JUDGE DAVID J. HALE
                       )
JAMES CARROLL          )
                       )
         DEFENDANT)
_____)

## DEFENDANT'S PRETRIAL MEMORANDUM
_____

Comes Defendant James Carroll, by counsel, and submits the following Pretrial

Memorandum pursuant to the Court's Order of November 18, 2018.

### A. STATUTES INVOLVED AND ELEMENTS OF THE OFFENSE
### COUNT 1:  18 U.S.C. § 922(g) (1) and § 924(a)(2)

The Indictment charges the Defendant with violating Title 18 United States Code,

Section 922(a)(6).  The elements of the offense are as follows:

1.  That the Defendant knowingly possessed a firearm having been convicted of a crime

    punishable by imprisonment for a term exceeding one year;

2.  That the firearm affected interstate commerce.

### B. STATEMENT OF UNDISPUTED AND DISPUTED FACTS

Counsel for the Defendant anticipates that the United States will introduce evidence that

purports to show that the Defendant knowingly and purposefully possessed and/or exercised

control over the firearm, a Colt Single Action Frontier Scout 22 caliber revolver baring serial

number 162642F. The firearm was contained in the storage compartment of a motorcycle on the

property of Greg Whitaker at 13304 Ashlawn Drive, Louisville, KY.  A blown up gun, a Ruger Blackhawk revolver was also found in the storage compartment of the motorcycle.  The government's case, based on testimony at the detention and preliminary hearing, essentially is that Carroll possessed the gun by reason of the fact that he appeared to handle it after walking out of Whitaker's house and looking in the compartment of the motorcycle.  It is expected that the government will contend that Carroll was also seen riding the motorcycle on the street in front of Whitaker's house.

Carroll gave a statement explaining why he was at Whitaker's residence, where he once lived himself, to wit, that he was there to check on Whitaker, and during that visit the rider and apparent owner of the motorcycle asked him to check it out for some repair problems, thus explaining why he was riding the motorcycle.  He further explained that another visitor in the house cautioned him that a blown up gun was in the compartment of the motorcycle.

Evidence will be presented showing that someone else owned the motorcycle. Furthermore, evidence will confirm that the individual who rode the motorcycle to Whitaker's claimed ownership of the motorcycle and asked Carroll to inspect and examine it for mechanical issues.

## SUBSTANTIVE ISSUES OF LAW

The singular and predominant substantive issue is whether as a matter of law the foregoing facts can support the government's theory that the Defendant possessed the firearm presented by the indictment.

## C.  EVIDENTIARY ISSUES

This case arose out of the theft of Biff's Gun Shop and warehouse involving the loss of a vast amount of guns, estimated to be in excess of one thousand.  The Defendant will

strenuously object to any attempt, directly, indirectly, or otherwise to inject that theft and the resulting investigation into the trial of this cause on the grounds that to do so would be highly prejudicial, irrelevant and immaterial.

### D.  ANTICIPATED TRIAL PROBLEMS

Counsel for the Defendant is compelled to make the Court aware that there could possibly be a problem with him identifying and locating witnesses, namely, the owner of the motorcycle and the apparent owner of the motorcycle.  Furthermore, counsel has not been able to locate Greg Whitaker because the house on Ashlawn apparently is abandoned.

### E.  PROPOSED SUBSTATIVE AND SPECIAL JURY INSTRUCTIONS

Counsel for the Defendant had hoped to present substantive special jury instructions when he filed this Pretrial Memorandum, but respectfully begs the Court's indulgence and allow them to be filed file no later than March 7, 2019.

### F.  PROPOSED VOIR QUESTIONS

Counsel for the Defendant had hoped to tender proposed voir dire questions along with this Pretrial Memorandum, but respectfully begs the Court's indulgence and allow them to be filed by March 7, 2019.

Respectfully Submitted,

/ s / Aubrey Williams
AUBREY WILLIAMS
455 South Fourth Street
Suite 1228 Starks Building
Louisville, KY  40202
(502) 581-1088
FAX:  581-0595
Aubreyw8243@bellsouth.net
**Counsel for Defendant**

## CERTIFICATE OF SERVICE

It is hereby certified that this document was filed with the Clerk via the Court's CM/ECF system on this 5th day of March, 2019, which will send electronic notification of such filing to the Assistant United States Attorney listed below on even date:

Hon. Thomas W. Dyke
717 West Broadway
Louisville, KY  40202
*Counsel for Plaintiff, USA*

I further certify that a copy will be sent to the Defendant by United States mail, postage prepaid, on March 6, 2019 at Oldham County Detention Center, 3405 West Highway 146 LaGrange, KY  40031.

/ s /  Aubrey Williams