UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                        PLAINTIFF


vs.                                        CRIMINAL ACTION NO. 3:18-CR-171-DJH


JAMES CARROLL                                                  DEFENDANT

RESPONSE TO MOTION FOR
DISCLOSURE OF GRAND TRANSCRIPT
*Electronically Filed*

The United States opposes the defendant's motion for disclosure of a copy of the transcript of grand jury testimony in the above-styled case.  The proper functioning of the grand jury system relies on the secrecy of grand jury proceedings.  See Douglas Oil Co. of Ca. v. Petrol Stops Northwest, 441 U.S. 211, 218 (1979).  In this judicial circuit, a strong policy exists "in favor of maintaining the secrecy of grand jury proceedings."  United States v. Azad, 809 F.2d 291, 294-95 (6th Cir. 1986) (citing United States v. Short, 671 F.2d 178, 184 (6th Cir. 1982)). Thus, disclosure of grand jury material "is proper only on a showing of 'compelling necessity' and 'particularized need.'"  Id.

To show "particularized need," a defendant must fulfill three elements.  "Parties seeking grand jury transcripts under Rule 6(e) must show [1] that the material they seek is needed to avoid a possible injustice in another proceeding, [2] that the need for disclosure is greater than the need for continued secrecy, and [3] that their request is structured to cover only material so needed."  Douglas, 441 U.S. at 222.  Additionally, "[t]he courts must consider not only the immediate effects upon a particular grand jury, but also the possible effect upon the functioning of future grand juries."  Id.

1

Here, the defendant fails to meet these elements.  His motion states only that he needs the transcript in order to assist in the preparation of his defense, but does not articulate why.

This Court should, accordingly, deny the defendant's motion.

Respectfully Submitted,

RUSSELL M. COLEMAN
UNITED STATES ATTORNEY


s/Thomas W. Dyke
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911
(502) 582-5912 (fax)


CERTIFICATE OF SERVICE

On March 6, 2019, I electronically filed this document through the ECF system, which will send a notice of electronic filing to: Hon. Aubrey Williams, Counsel of record for the defendant.

s/ Thomas W. Dyke
Assistant United States Attorney