IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | **Criminal Action No. 3: 18-CR-171-DJH** |
| ) | JUDGE DAVID J. HALE |
| ) | |
| JAMES CARROLL ) | |
| ) | |
| DEFENDANT) | |
| _____) | |

## DEFENDANT'S PROPOSED SUBSTANTIVE JURY INSTRUCTIONS

Comes Defendant Davis, by counsel, pursuant to the Court's November 18, 2018 Trial Order and adopts and submits by reference, as if fully incorporated herein, the Substantive Jury Instructions proposed by the government as they are modeled after the Sixth Circuit's Pattern Jury Instructions and are appropriate for this case. However, counsel respectfully reserves the right to submit proposed special instructions at the close of the evidence.

Respectfully Submitted,

/ s / Aubrey Williams
AUBREY WILLIAMS
401 West Main Street
One Riverfront Plaza Suite 1708
Louisville, KY  40202
Tel:  (502) 581-1088
Fax:  (502) 581-0595
Aubreyw8243@bellsouth.net
**Counsel for Defendant**

## CERTIFICATE OF SERVICE

It is hereby certified that this document was filed with the Clerk via the Court's CM/ECF system on this 6th day of March, 2019, which will send electronic notification of such filing to the Assistant United States Attorney listed below on even date:

Hon. Thomas W. Dyke
717 West Broadway
Louisville, KY  40202
*Counsel for Plaintiff, USA*

                                                         / s /  Aubrey Williams