IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>PLAINTIFF )<br>)<br>v.         )<br>)<br>)<br>JAMES CARROLL )<br>)<br>DEFENDANT)<br>_____) | **Criminal Action No. 3: 18-CR-171-DJH**<br>JUDGE DAVID J. HALE |

**DEFENDANT'S PROPOSED VOIR DIRE**
_____

Comes Defendant James Carroll, by counsel, and submits the attached Proposed Voir Dire questions pursuant to the Court's Order of November 18, 2018.

Respectfully Submitted,

/ s / Aubrey Williams
AUBREY WILLIAMS
401 West Main Street
One Riverfront Plaza, Suite 1708
Louisville, KY  40202
Tel:  (502) 581-1088
Fax:  (502) 581-0595
Aubreyw8243@bellsouth.net
**Counsel for Defendant**

**CERTIFICATE OF SERVICE**

It is hereby certified that this document was filed with the Clerk via the Court's CM/ECF system on this 6th day of March, 2019, which will send electronic notification of such filing to the Assistant United States Attorney listed below on even date:

Hon. Thomas W. Dyke
717 West Broadway
Louisville, KY  40202
*Counsel for Plaintiff, USA*

                                                          / s /  Aubrey Williams

**DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS**

1. Does any member of the panel believe that James Carroll must be guilty of something, otherwise the grand jury would not have indicted him?

2. Is any member of the panel related to or close friends with any law enforcement officials?

3. Do you understand that James is presumed innocent throughout the course of this trial until and unless the government proves him guilty beyond a reasonable doubt, and if the government fails in that proof you must acquit him?

4. Do you understand that James does not have to take the stand and testify? If he Does not, would you hold that against him?

5. Do any of you belong to the National Rifle Association?

6. Have any of you, members of your family, relatives, or friends been injured by someone's use of a firearm?

7. Have any of you ever been involved in a dispute of any sort relating to firearms?

8. Do you agree that the government and dealers in the sale and exchange of firearms have a duty to refuse to sell firearms to individuals whom they feel are buying a quantity of firearms that appear to be out of the norm?

9. Do you understand that you must scrutinize the testimony of government agents and law enforcement officials as carefully as you would a layperson or common citizen?

10. There has been and continues to be a lot of gun violence in this community. Do any of you feel that because of that, you may consciously or subconsciously be unable to be fair and render a just verdict in this case?

11. As you have heard, the government claims that James Carroll possessed a firearm. Do any of you believe that if a person is merely in the presence of a firearm that he possesses or is in possession of that firearm?

12. If the government presents evidence that James was in the presence of a firearm, would you want him to take the witness stand and explain to you that he was not the possessor or the owner of the firearm?