UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                      PLAINTIFF

vs.                                                                  CRIMINAL ACTION NO.: 3:18CR-171-DJH

JAMES CARROLL                                                                                  DEFENDANT

## ORDER

This matter having come before the Court on the motion of the Defendant for Motion for production of Exculpatory and Impeachment Materials, the United States having responded, and the Court being other sufficiently advised,

**IT IS HEREBY ORDERED** that the Defendant's motion is hereby **DENIED** as **MOOT.**