IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | Criminal Action No. 3: 18-CR-171- |
| | ) | |
| JAMES CARROLL | ) | |
| | ) | |
| DEFENDANT | ) | |
| _____ | ) | |

**MOTION TO SUPPRESS**

Comes the Defendant, by counsel, and moves this Honorable Court to suppress the evidence seized in this case on the grounds that it was obtained in violation of the Fourth Amendment to the United States Constitution. Defendant files in support hereof the attached Memorandum.

Respectfully Submitted,

/ s / Aubrey Williams
AUBREY WILLIAMS
One Riverfront Plaza Suite 1708
401 West Main Street
Louisville, KY 40202
(502) 581-1088
FAX: 581-0478
E: aubreyw8243@bellsouth.net
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

It is hereby certified that this document was filed with the Clerk via the Court's CM/ECF filing system on this 13th day of March, 2019, which will send electronic notification of such filing to the Assistant United States Attorney listed below on even date:

Hon. Thomas W. Dyke

717 West Broadway
Louisville, KY  40202
*Counsel for Plaintiff, USA*

                                                      / s / Aubrey Williams