IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | Criminal Action No. 3:  18-CR-171- |
| | ) | |
| JAMES CARROLL | ) | |
| | ) | |
| DEFENDANT | ) | |
| | ) | |

**ORDER**

Motion having been made and the Court being otherwise sufficiently advised;

IT IS HREBY ORDER AND ADJUDGED that the evidence seized in this case is and the same is suppressed.