# EXHIBIT 2

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| Redacted | Redacted | Redacted |

**SUMMARY OF EVENT:**
REPORT OF INTERVIEW: On October 03, 2018, ATF Special Agent Alexander Sanchez and Louisville Metro Police Department Detective Johnathan Herring interviewed James CARROLL.

**NARRATIVE:**
On October 03, 2018, SA Sanchez and Det. Herring interviewed James CARROLL, DOB: 02/15/1977, regarding the burglary of 13303 Dixie Hwy, Louisville, KY. James CARROLL was read his Miranda Rights and signed a written waiver of those rights. This report does not serve as an exact transcription of the interview and it does not reflect every statement CARROLL made. Attached is a recording of the interview in its entirety.

1. CARROL stated that Ashlynn MARCUM and Richard ROBERTS came over in the middle of the night with guns approximately a month or two ago driving a late 1990s white Ford Explorer. An individual by the name of Josh, CARROLL does not know his last name but described him as a heavyset W/M approximately 5'09"-5'10", was driving them. They told CARROLL that they had stolen the guns at which point he repeatedly told them to leave. CARROLL said he saw a firearm described as a "Navy SEAL 45" and they came back an hour later with what he assumed were more guns. CARROLL said at one point they had a wooden military style ammo crate approximately three and a half feet long, a foot wide, and eight inches deep filled to the top with pistols. CARROLL said that since he is an avid shooter, he recognized some of them as Ruger Red Hawks, Ruger Black Hawks, 1911 style pistols, Ruger 45s, SR9, Ruger baby 380s. Later in the interview, CARROLL said that he saw 100-150 stolen guns but estimates that there could be close to 1000 guns stolen based at the rate they were bringing guns over and how word spread about Biff's warehouse.

2. CARROLL stated that he has seen Ashlynn MARCUM and ROBERTS bring 100-150 firearms to 13304 Ashlawn Dr. and he knows they have more. On the second or third night, he saw Josh also bringing guns to the house. CARROLL said that since "Pops", Greg Whitaker the homeowner would not make them leave, after the third day he took his belongings and left the residence. CARROLL said he went back to check on Pops a couple days later, and while he was there, the same three people and two black males, approximately 6'0"-6'03" heavy set (260-270lbs) one with short hair and one with long dreads, were there. They called one B/M "Foley" and CARROLL stated they were driving an early 1990s General Motors car. Later in the interview, CARROLL said Foley was at the house for an hour or two waiting after ROBERTS and the other B/M left. Foley allegedly did not know anyone in the house but ROBERTS and left after receiving a phone call. Later in the interview, CARROLL said that Kim and Robin Marcum picked Ashlynn MARCUM up on the second or third night of the burglary and Ashlynn had a laundry basket with guns in it when they picked

| Prepared by: Alexander H. Sanchez | Title: Special Agent, Louisville Group I Field Office | Signature: | Date: 11/02/18 |
|---|---|---|---|
| Authorized by: Earl D. Robinson | Title: Group Supervisor, Louisville Group I Field Office | Signature: | Date: 11/2/18 |
| Second level reviewer (optional): Stuart L. Lowrey | Title: Special Agent in Charge, Louisville Field Division | Signature: | Date: |

her up.

3. CARROLL said he did not see anyone else bringing guns to the house, but that he heard that the two houses next to Greg Whitaker's were involved. He Identified the occupants of 13300 Ashlawn as "Benny and Heather" and he heard that they were involved. CARROLL said that Matt Gaines and a homeless male named Adam, who normally lives off the railroad tracks, in a tent were both involved in the burglary. CARROLL saw Adam with a backpack full of Ruger firearms and that he thinks he had a 44 super mag and other small 380s and 9mm. Later in interview, when asked about Matt Gaines, CARROLL said that Gaines went into Biff's and had 3 or 4 pistols when he came back. CARROLL said he had a backpack when he saw him approaching the house but when he came in he no longer had it. CARROLL stated that Matt Gains went to Rough River to hide out after the burglary.

4. CARROLL said that he thought the burglary was going on for at least a week and that there is a path approximately 30 yards from the residence towards Pendleton rd. that was used as a cut through to Biffs. Later in the interview, CARROLL said that at the rate they were coming back with stolen guns, there is no way they could have sold them all. CARROLL said that he tries to stay away from ROBERTS but that the only people that ROBERTS deals with on a criminal level are a guy named "Bama" and a guy named "Pudding". CARROLL has never seen Pudding but saw Bama once on a motorcycle. CARROLL says that he knows that ROBERTS takes stolen things to those two individuals.

5. CARROLL said he was at 13304 Ashlawn a week or two after the first night and saw Ashlynn's girlfriend Misty with what he described as a baby 380 with a brown or tan slide that had with the letters "NRA" on it in black letters.

6. CARROLL stated he was at the residence on the day of his arrest because Kim Marcum's mother, Robin Marcum, stole money from Greg. CARROLL said the Marcum's commonly steal from each other and that they commonly use Greg. When asked where he thought they were taking the guns in the village, CARROLL stated that he always heard the same names coming up: Austin AKA Worm, Cosmos, and a B/M named Alex who is a drug dealer and preacher. CARROLL said they all stay in the village but does not know exactly where and that they have all been to Greg's house.

7. CARROLL said that he handled three of the long rifles out of curiosity. One was a 300 Winchester Magnum with a laminated stock and scope with a sunshade on it, one was a 7mm magnum, and the last was a WWII era Mauser. CARROLL said the second night he noticed some of the guns had engraving on them and that there were quite a few high-end shotguns. CARROLL noticed a Browning, a Winchester, and another shotgun that was heavily engraved. CARROLL kept hearing ROBERTS telling Ashlynn MARCUM to take pistols because they would sell quickly but they came back with both long guns and pistols.

8. CARROLL said ROBERTS tried to get him to sell guns some of the guns on more than one occasion and that he told him he would just to "get him off [his] ass", but he never did. One particular time ROBERTS left 8 pistols and 8 long guns for him to sell but he did not sell them. ROBERTS later came back and got them along with a case of bowie knives.

9. When asked about the firearms found inside the storage compartment of the motorcycle, CARROLL said he was told there was a "blown up gun" in there. CARROLL said he took the motorcycle around the block a couple times because he was working on it and when he went outside to open the trunk, he saw a black bag that said "Midwest or Midsouth" on it. CARROLL said he knew the firearm must have been in that bag and he closed the trunk and went in the house because he did not want anything to do with it.

| Redacted | Redacted | Report Number:  Redacted |

10. CARROLL said he heard that the Markums and Richard keep coming up with more guns that they are selling and that a few nights prior to his arrest, Richard and Hope were digging around the shed and came out with a duffle bag of pistols. Later in the interview, CARROLL said Hope has a brother named Matt Green and that her name on Facebook is Elsa Green. Through other investigative techniques, she has been identified as Hope Green.

11. When asked when he realized that the guns stolen were from Biff's, CARROLL stated that he realized it almost immediately because he saw them coming from the direction of the building that he knew as Biff's old gun shop. CARROLL did not see them go into the building, but ROBERTS said there was a door on the back of the building that he broke in the night before he first showed up to Greg's house with the guns. CARROLL stated that at no point did he go into the building and that he did not want anything to do with it and that he knew on the first night that everyone was going to be in trouble.

12. When asked were ROBERTS is staying, CARROLL said with a guy named "Rocky" who lived off West Pages or possibly with Bama and Foley. CARROLL said ROBERTS has been following Hope around a lot since he got out of jail.

13. When asked about if he heard about Donald Nichols getting beat up during a dispute about these guns, CARROLL stated that the only thing he has heard about someone a dispute over the guns was when ROBERTS said that Misty robbed him of some of the stolen guns.

14. CARROLL said he believes Bama's girlfriend lives in the Frontline apartments in a top floor apartment and that she is a stripper named "Karma or Carmen". CARROLL said that ROBERTS would go meet Bama at a motorcycle shop on Dixie that he describes as a quarter mile away from the burglary location. Det. Herring confirmed this to be "Valley Station Cycles". CARROLL said that ROBERTS would go over to Valley Station Cycles and Josh would drive him and that Alex was over there sometimes.

15. CARROLL said that Kim Marcum and Robin Marcum drive Ashlynn MARCUM around and that Ashlynn MARCUM went into Biff's by herself on at least one occasion that he saw. CARROLL said that Kim Marcum and Robin Marcum did not go into the building as far as he knows, but he saw them with a Ruger gun case at one point.

16. CARROLL said that Ashlynn MARCUM and Misty both rented a room at Biffs motel during the burglary and that he went up there once to one of their rooms. Ashlynn MARCUM also asked CARROLL to rent a room for her.

17. CARROLL stated that ROBERTS reached out to him on messenger, referring to Facebook messenger, a couple weeks after the burglary and then once after he got out of jail. CARROLL said he has been trying to stay far away from ROBERTS since the burglary. CARROLL said that on his phone we would find messages between him and ROBERTS about guns and that ROBERTS tried to get sell guns a couple of times. CARROLL once again stated that he told him he would sell them just to put him off and get him away.

ATF EF J120.2 (10-2004)
For Official Use Only

| Title of Investigation: Redacted | Investigation Number: Redacted | Report Number: Redacted |
|---|---|---|

**ATTACHMENTS:**
-Waiver of Miranda Rights
-Recording of Interview