# EXHIBIT 3

# EXHIBIT 3

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| Redacted | Redacted | Redacted |

## SUMMARY OF EVENT:
ARREST: On October 3, 2018, Special Agents arrested James CARROLL at 13304 Ashlawn Dr. Louisville, KY, for violating 18 USC 922(g)(1).

## NARRATIVE:

1. On October 3, 2018, ATF Special Agent Jennifer Ockerman received information that James CARROL, Hope GREEN, and Richard ROBERTS were attempting to remove stolen firearms from 13304 Ashlawn Dr. Louisville, KY. SA Ockerman contacted SA Alexander Sanchez in order to coordinate the interdiction of any firearms leaving the residence. SA Sanchez made contact with LMPD 3rd division detectives and officers in order to coordinate surveillance efforts on the residence.

2. A short time later, Louisville Metro Police Department (LMPD) Detective Johnathan Herring set up surveillance on the residence and observed an individual later identified as James CARROLL open the rear storage compartment of a motorcycle parked in the driveway. A few minutes later, Hope GREEN left the residence and approach Det. Herring's vehicle. Herring made contact with GREEN, who did not possess any firearms, and released her pending further investigation.

3. ATF SA Matthew Johnson and Det. Herring promptly made contact with the owner of the residence, Greg Whitaker, who consented to a search of his property. During the search of the residence, James CARROLL was located in a back bedroom of the residence and identified by Detective Herring as the individual who accessed the rear storage compartment of the motorcycle. Roland SAYLOR was also present at the residence. No firearms were located in the residence.

4. CARROLL and Whitaker gave ATF SA Matthew Johnson and Detective Herring consent to look inside the storage compartments of the motorcycle. Inside the rear storage compartment of the motorcycle, SA Johnson and SA Sanchez located a Colt Single Action Frontier Scout .22 caliber revolver bearing serial number 162642F, and a Ruger Blackhawk .44 caliber revolver bearing serial number 2511. CARROLL had made mention of the fact that a "blown up" gun would be in the storage compartment of the motorcycle, and the Ruger Blackhawk revolver found had significant damage to the cylinder and frame from what appeared to be a catastrophic failure.

5. CARROLL was taken into custody for violating 18 USC 922(g)(1) and a criminal complaint was drafted by SA Sanchez. CARROLL was taken to LMPD 3rd division for a full debriefing before being taken to the Oldham County Detention Center.

| Prepared by: Alexander H. Sanchez | Title: Special Agent, Louisville Group I Field Office | Signature: | Date: 10/10/18 |
|---|---|---|---|
| Authorized by: Kenneth M. STENGEL JR | Title: Acting Group Supervisor, Louisville Group I Field Office | Signature: | Date: 10/18/18 |
| Second level reviewer (optional): Stuart L. Lowrey | Title: Special Agent in Charge, Louisville Field Division | Signature: | Date: |

Page 1 of 2

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation: Sumner Firearm Burglary |  | Investigator: Redacted | Report Number: 29 |
|---|---|---|---|

ATF EF 3120.2 (10-2004)
For Official Use Only