UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:18-cr-171-DJH

JAMES CARROLL, Defendant.

\* \* \* \* \*

## **ORDER**

Defendant James Carroll has filed a motion to suppress. (Docket No. 46) The United States has not yet responded. Accordingly, it is hereby

**ORDERED** that:

(1) The United States shall respond to Carroll's motion to suppress (D.N. 46) no later than close of business on **March 19, 2019**. There shall be no reply.