UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                               PLAINTIFF

v.                                                         CRIMINAL ACTION NO.: 3:18CR-171-DJH

JAMES CARROLL                                                                          DEFENDANT

<u>ORDER</u>

This matter having come before the Court on the motion of the Defendant to Suppress Evidence, the United States having responded, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the Defendant's motion is hereby **DENIED**.