UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                                    Plaintiff

v.                                                              Criminal Action No. 3:18-CR-171-DJH

JAMES CARROLL                                                                                Defendant

**MOTION IN LIMINE[1]**

Comes the Defendant, by counsel, and moves this Honorable Court for an Order in Limine prohibiting the United States from introducing certain evidence under Federal Rule of Evidence 404(b), to wit: the burglary of a building owned by a former federally-licensed firearms dealer ("FFL") located at 13303 Dixie Highway ("Biff's Warehouse") during the month of August 2018. Said evidence is irrelevant and immaterial, and would unduly prejudice the jury against the Defendant for at least two reasons. First, he was indicted for allegedly possessing a firearm by a convicted felon. Second, and more importantly, the firearm that he allegedly possessed was not connected in any manner to the crime that was being investigated. In support hereof, Defendant files herewith the attached Memorandum

WHEREFORE, for the foregoing reasons and in the interest of justice the Defendant prays entry of the attached order.

Respectfully Submitted,

---

[1] Counsel for Defendant presumes that this Motion in Limine does not contravene the Court's trial order as the Government's Notice of Intent to Use Evidence was not filed until March 11, 2019. If counsel's reasoning is inaccurate, I apologize for any inconvenience to the Court and will await the Court's response and respond accordingly.

/ s / Aubrey Williams
AUBREY WILLIAMS
One Riverfront Plaza Suite 1708
401 West Main Street
Louisville, KY  40202
(502) 581-1088
FAX: 581-0478
E: aubreyw8243@bellsouth.net
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

It is hereby certified that this document was filed with the Clerk via the Court's CM/ECF filing system on this 18th day of March, 2019, which will send electronic notification of such filing to the Assistant United States Attorney listed below on even date:

Hon. Thomas W. Dyke
717 West Broadway
Louisville, KY  40202
*Counsel for Plaintiff, USA*

/ s / Aubrey Williams