IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | Criminal Action No. 3: 18-CR-171- |
| ) | |
| JAMES CARROLL ) | |
| ) | |
| DEFENDANT ) | |
| _____ ) | |

**ORDER**
_____

Motion having been made and the Court being otherwise sufficiently advised;

IT IS HREBY ORDER AND ADJUDGED Defendant Carroll's Motion in Limine is granted.