UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                            Plaintiff

v.                                                       Criminal Action No. 3:18-CR-171-DJH

JAMES CARROLL                                                                       Defendant

### NOTICE OF DOCKET CORRECTION

Comes the Defendant, by and through counsel, and hereby gives notice to Plaintiff in this action that the attached Motion In Limine corrects and replaces the previously filed Motion In Limine (DN 49).

Respectfully Submitted,

/ s / Aubrey Williams
AUBREY WILLIAMS
One Riverfront Plaza Suite 1708
401 West Main Street
Louisville, KY  40202
Tel:  (502) 581-1088
Fax: (502) 581-0478
E: aubreyw8243@bellsouth.net
***Counsel for Defendant***

### CERTIFICATE OF SERVICE

It is hereby certified that this document was filed with the Clerk via the Court's CM/ECF filing system on this 19th day of March, 2019, which will send electronic notification of such filing to the Assistant United States Attorney listed below on even date:

Hon. Thomas W. Dyke
717 West Broadway
Louisville, KY  40202
*Counsel for Plaintiff, USA*

/ s / Aubrey Williams