IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>PLAINTIFF )<br>) | |
| v. ) | Criminal Action No. 3: 18-CR-171- |
| )<br>JAMES CARROLL )<br>)<br>DEFENDANT )<br>_____) | |

## ORDER

Motion having been made and the Court being otherwise sufficiently advised;

IT IS HREBY ORDER AND ADJUDGED Defendant Carroll's Motion in Limine is granted.