UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:18-cr-171-DJH

JAMES CARROLL,     Defendant.

\* \* \* \* \*

## ORDER

This matter was called for a final pre-trial conference on March 21, 2019. After discussion of the remaining pre-trial issues, the Court took note of several outstanding issues raised by counsel and inquired whether the March 25, 2019 trial date should be remanded. Following a recess, counsel for the Defendant advised the Court that the Defendant wished to accept the government's plea offer. By agreement of the parties, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The jury trial of this matter, currently set for March 25, 2019, is **REMANDED** from the Court's docket.

(2) This matter is set for a change-of-plea hearing on **March 28, 2019, at 2:00 p.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

cc: Jury Administrator