UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                    Plaintiff,

v.                                                                    Criminal Action No. 3:18-cr-171-DJH

JAMES CARROLL,                                                                            Defendant.

\* \* \* \* \*

### ORDER FOLLOWING ENTRY OF GUILTY PLEA

This matter came before the Court on March 28, 2019, for an arraignment and plea. There appeared Tom Dyke, Assistant United States Attorney; and Defendant, James Carroll, with counsel, Aubrey Williams. The Court's official reporter was Dena Legg.

The parties filed an executed waiver of indictment in open Court. Following the waiver, the Defendant acknowledged his identity and was arraigned on the Information pursuant to Rule 10 of the Federal Rules of Criminal Procedure. The Defendant, by counsel, advised the Court of his desire to enter a plea of guilty as to Count One of the Information pursuant to a Rule 11(c)(1)(C) plea agreement.

The Court having found the Defendant competent to enter the plea; having found the plea to be knowing, voluntary, and with the advice of counsel; having advised the Defendant of his constitutional rights and the Defendant having advised the Court he understood and waived those rights; having advised the Defendant he would not be allowed to withdraw his plea; and having established a factual basis for the plea,

**IT IS HEREBY ORDERED** that the Court accepts the Defendant's **plea of guilty** as to Count One of the Information, pursuant to a Rule 11(c)(1)(C) plea agreement executed by all

parties to the action.  The **plea supplement** shall be **filed under seal**.  The Court informed the parties that it will accept the parties' Rule 11(c)(1)(C) plea agreement and sentence accordingly.

In order to proceed under the Sentencing Reform Act of 1984 (Pub. L. 98-473, Title II, c. 2, Sections 211–239), 18 U.S.C. Sections 3551–3559,

**IT IS HEREBY FURTHER ORDERED** as follows:

(1) By agreement of the parties, the sentencing hearing will be expedited, and preparation of a presentence investigation report by the U.S. Probation Office will be waived.

(2) **Sentencing proceedings** are set in this case for **April 10, 2019, at 3:00 p.m.**, at the Gene Snyder U.S. Courthouse, Louisville, Kentucky.

(3) The U.S. Probation Office shall prepare a sentencing guidelines worksheet in advance of the sentencing hearing.

(4) The general conditions of probation as set forth in Probation Form 7A shall apply to the defendant if placed on probation or supervised release, and all persons placed on probation or supervised release shall submit to photographs by the Probation Officer as a condition of probation or supervised release.

**IT IS FINALLY ORDERED** that the Defendant shall be **remanded to the custody** of the U.S. Marshal.

March 29, 2019

**David J. Hale, Judge**
**United States District Court**

Court Time: 1/00
Court Reporter: Dena Legg