AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

**FILED**
VANESSA L. ARMSTRONG, CLERK
MAR 28 2019
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No.  3:18cr-171-DJH |
| JAMES CARROLL | ) |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____03/28/2019_____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Aubrey Williams
*Printed name of defendant's attorney*

_____
*Judge's signature*

David J. Hale, United States District Judge
*Judge's printed name and title*