UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,               Plaintiff,

v.                                       Criminal Action No. 3:18-cr-171-DJH

JAMES CARROLL,                           Defendant.

\* \* \* \* \*

## ORDER

Following the change-of-plea hearing and by agreement of the parties, the Court ordered an expedited schedule for sentencing, and directed the United States Probation Office to compile an expedited pre-sentence report. However, the United States Probation Office has reported that additional time is needed to obtain relevant records and prepare an appropriate pre-sentence report. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)    The sentencing hearing in this matter, currently set for April 10, 2019, is **REMANDED** from the Court's docket. The Court will reschedule the sentencing hearing by subsequent order.

(2)    As this matter is not proceeding to trial (*see* Docket No. 53), the Defendant's motion in limine (D.N. 49) is denied as moot.

April 5, 2019

**David J. Hale, Judge**
**United States District Court**

1