UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, **Plaintiff,**

v.   Criminal Action No. 3:18-cr-171-DJH

JAMES CARROLL, **Defendant.**

\* \* \* \* \*

## **ORDER**

By agreement of the parties, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that **sentencing proceedings** are reset in this case for **April 23, 2019, at 11:00 a.m.**, at the Gene Snyder U.S. Courthouse, Louisville, Kentucky.

April 9, 2019

**David J. Hale, Judge
United States District Court**

1