

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JUL 22 2019

U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

UNITED STATES OF AMERICA,                                          Plaintiff,

v.                                        Criminal Action No. 3:18-cr-171-DJH

JAMES CARROLL,                                                    Defendant.

* * * * *

## ACKNOWLEDGMENT OF WAIVER OF APPEAL RIGHTS

I hereby acknowledge that as a part of my plea agreement with the United States, I waived

the right to appeal the sentence I just received from the Court.

July 22, 2019
Date                                        Defendant's Signature