# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**UNITED STATES OF AMERICA**      **PLAINTIFF**

**v.**      **CRIMINAL ACTION NO. 3:18CR-171-DJH**
*Electronically Filed*

**JAMES CARROLL**      **DEFENDANT**

## NOTICE OF APPEARANCE

The United States, by counsel, Amy M. Sullivan, Assistant United States Attorney, hereby gives notice of her appearance in the above matter for the sole purpose of filing any necessary forfeiture documents.

Respectfully submitted,

RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

s/ *Amy M. Sullivan*
Amy M. Sullivan
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2019, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

s/ *Amy M. Sullivan*
Amy M. Sullivan
Assistant United States Attorney