**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                                                  **PLAINTIFF**

**V.**                                                                  **CASE ACTION NO.3:18CR-171-DJH**
                                                                                 *Electronically filed*

**JAMES CARROLL**                                                                   **DEFENDANT**

## NOTICE OF ADMINISTRATIVE FORFEITURE

The United States hereby gives notice that the following firearm (Colt Single Action Frontier Scout 22 cal, revolver SN: 162642F) was administratively forfeited by the Bureau of Alcohol Tobacco Firearms and Explosives on June 3, 2019 and is no longer applicable to the prosecution of the defendant.

Respectfully submitted,

RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

 s/ *Amy M. Sullivan*
Amy M. Sullivan
Assistant U.S. Attorney
717 W. Broadway
Louisville, Kentucky 40202
(502) 582-5911
(502) 582-5097

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2019, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

s/ *Amy M. Sullivan*
Amy M. Sullivan
Assistant United States Attorney